```
Mark E. Lowary, Esq. – SBN: 168994
David R. Casady, Esq. – SBN: 273282
Amanda N. Griffith, Esq. – SBN: 288164
BERMAN BERMAN BERMAN
SCHNEIDER & LOWARY, LLP
2390 Professional Drive
Roseville, CA 95661
Telephone: (916) 846-9391
Facsimile:  (916) 672-9290
melowary@b3law.com
drcasady@b3law.com
angriffith@b3law.com

Attorneys for Defendant
KINGS CREDIT SERVICES
```

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SMITH, | Case No.: 2:17-CV-2883 |
| Plaintiff, | Los Angeles County Case No.: 17K03252 |
| v. | **CERTIFICATE OF SERVICE OF NOTICE TO ADVERSE PARTY OF REMOVAL** |
| KINGS CREDIT SERVICES; and DOES 1 to 10, | |
| Defendant(s). | |

I, Debbie A. Main. certify and declare as follows:

I am over the age of 18 years and not a party to this action.  My business address is 2390 Professional Drive, which is located in the city of Roseville and county of Placer, California.

On  April 17, 2017, I deposited into the U.S. mail a copy of the Notice to Adverse Party of Removal to Federal Court, a copy of which is attached to this Certificate as **Exhibit 1**, to Michael Smith through his attorneys of record Alicia McElwaine-Leto and Wade A. Miller, 235 East Broadway, Suite 424, Long Beach, CA 90802.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: April 17, 2017

By _____
Debbie A. Main

- 1 -

CERTIFICATE OF SERVICE OF NOTICE TO ADVERSE PARTY OF REMOVAL

# EXHIBIT 1

1  Mark E. Lowary, Esq. – SBN: 168994
   David R. Casady, Esq. – SBN: 273282
2  Amanda N. Griffith, Esq. – SBN: 288164
   BERMAN BERMAN BERMAN
3  SCHNEIDER & LOWARY, LLP
   2390 Professional Drive
4  Roseville, CA 95661
   Telephone: (916) 846-9391
5  Facsimile:  (916) 672-9290
   melowary@b3law.com
6  drcasady@b3law.com
   angriffith@b3law.com
7
   Attorneys for Defendant
8  KINGS CREDIT SERVICES

9           SUPERIOR COURT OF THE STATE OF CALIFORNIA

10                      COUNTY OF LOS ANGELES

11                         CENTRAL DISTRICT

12  MICHAEL SMITH,                    | Case No.: 17K03252
13       Plaintiff,                   | **DEFENDANT KINGS CREDIT SERVICES' NOTICE TO ADVERSE PARTY OF REMOVAL TO DISTRICT COURT**
14  v.
15  KINGS CREDIT SERVICES; and DOES 1 to 10,
16       Defendant(s)..
17
18
19       To Plaintiff, and the Superior Court of Los Angeles County:
20       PLEASE TAKE NOTICE THAT a Notice of Removal of this action was filed in the United
21  States District Court for the Central District of California on April 17, 2017, federal case number 2:17-
22  CV-2883.
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

- 1 -

DEFENDANT KINGS CREDIT SERVICES' NOTICE TO ADVERSE PARTY OF REMOVAL TO DISTRICT COURT

1     A copy of the said Notice of Removal is attached to this Notice as **Exhibit 1**, and is served and
2 filed herewith.

3 Dated: April 17, 2017

                                  BERMAN BERMAN BERMAN
                                  SCHNEIDER & LOWARY, LLP

                                  By_____
                                     Amanda N. Griffith
                                     Attorneys for Defendant
                                     KINGS CREDIT SERVICES

# CERTIFICATE OF SERVICE

I, Debbie A. Main, declare:

I am a citizen of the United States, am over the age of eighteen years, and am not a party to or interested in the within entitled cause. My business address is 2390 Professional Drive, Roseville, CA 95661.

On April 17, 2017, I served the following document(s) on the parties in the within action:

**"DEFENDANT KINGS CREDIT SERVICES' NOTICE TO ADVERSE PARTY OF REMOVAL TO DISTRICT COURT"**

| X | **BY MAIL:** I am familiar with the business practice for collection and processing of mail. The above-described document(s) will be enclosed in a sealed envelope, with first class postage thereon fully prepaid, and deposited with the United States Postal Service at Sacramento, CA on this date, addressed as follows: |
|---|---|

Alicia McElwaine-Leto, Esq.  
Wade A. Miller, Esq.  
**WADE MILLER LAW**  
235 East Broadway, Suite 424  
Long Beach, CA 90802  
Tel: (562) 352-0489  
E-mail: aleto@wademillerlaw.com  
E-mail: miller@wademillerlaw.com  

Attorneys for  
**PLAINTIFF MICHAEL SMITH**

I declare under penalty of perjury under the laws of the State of California that the foregoing is a true and correct statement and that this Certificate was executed on April 17, 2017.

By. _/s/ Debbie A. Main_  
Debbie A. Main

- 3 -