1  Mark E. Lowary, Esq. – SBN: 168994
   David R. Casady, Esq. – SBN: 273282
2  Amanda N. Griffith, Esq. – SBN: 288164
   BERMAN BERMAN BERMAN
3  SCHNEIDER & LOWARY, LLP
   2390 Professional Drive
4  Roseville, CA 95661
   Telephone: (916) 846-9391
5  Facsimile:  (916) 672-9290
   melowary@b3law.com
6  drcasady@b3law.com
   angriffith@b3law.com
7
   Attorneys for Defendant
8  KINGS CREDIT SERVICES

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SMITH, | Case No.: 2:17-CV-2883 |
| Plaintiff, | Los Angeles County Case No.: 17K03252 |
| v. | **NOTICE OF SETTLEMENT** |
| KINGS CREDIT SERVICES; and DOES 1 to 10, | |
| Defendant(s). | |

**TO THE COURT:**

In accordance with the Court's Standing Order, Local Rule 16-15.7 and the Instruction of the Court, Defendant hereby submits this Notice of Settlement to notify the Court that the lawsuit has been settled, and to request 30 days in which to file the dismissal.

Dated: May 17, 2017                                   Respectfully Submitted,


                                                      By: /s/ Amanda N Griffith
                                                      Attorney for Defendant
                                                      KINGS CREDIT SERVICES

- 1 -
NOTICE OF SETTLEMENT

# CERTIFICATE OF SERVICE

I, Debbie A. Main, declare:

I am a citizen of the United States, am over the age of eighteen years, and am not a party to or interested in the within entitled cause. My business address is 2390 Professional Drive, Roseville, CA 95661.

On May 17, 2017, I served the following document(s) on the parties in the within action:

**"NOTICE OF SETTLEMENT"**

| | |
|---|---|
| X | I hereby certify that on **May 17, 2017**, a copy of foregoing **"NOTICE OF SETTLEMENT"** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System. |

| | |
|---|---|
| Alicia McElwaine-Leto, Esq.<br>Wade A. Miller, Esq.<br>**WADE MILLER LAW**<br>235 East Broadway, Suite 424<br>Long Beach, CA 90802<br>Tel: (562) 352-0489<br>E-mail: aleto@wademillerlaw.com<br>E-mail: miller@wademillerlaw.com | Attorneys for<br>**PLAINTIFF MICHAEL SMITH** |

I declare under penalty of perjury under the laws of the State of California that the foregoing is a true and correct statement and that this Certificate was executed on May 17, 2017.

By. _____
Debbie A. Main