|   |   |
|---|---|
| 1 | WADE MILLER LAW |
|   | Alicia McElwaine-Leto, SBN: 308804 |
| 2 | Wade A Miller: 208980 |
|   | 235 E. Broadway, Suite 424 |
| 3 | Long Beach, CA 90802 |
|   | Telephone: (532) 437-6300 |
| 4 | Email: aleto@wademillerlaw.com |
| 5 | Attorneys for Plaintiff, |
|   | MICHAEL SMITH |
| 6 |   |
| 7 | Mark E. Lowary, SBN: 168994 |
|   | David Casady, SBN: 273282 |
| 8 | Amanda Griffith, SBN: 288164 |
|   | BERMAN BERMAN BERMAN |
| 9 | SCHNEIDER & LOWARY, LLP |
|   | 2390 Professional Drive |
| 10 | Roseville, CA 95661 |
|   | Telephone: 916-846-9391 |
| 11 | Email: melowary@b3law.com |
|   | Email: drcasady@b3law.com |
| 12 | Email: angriffith@b3law.com |
| 13 | Attorneys for Defendant |
|   | KINGS CREDIT SERVICES |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| MICHAEL SMITH | CASE NO: 2:17-CV-2883-PA (EX) |
|---|---|
| PLAINTIFF, | LOS ANGELES COUNTY CASE NO: 17K03252 |
| VS. |   |
|   | JOINT STIPULATION OF DISMISSAL WITH PREJUDICE |
| KINGS CREDIT SERVICES; AND DOES 1 TO 10, | JUDGE: HON. PERCY ANDERSON |
| DEFENDANTS. |   |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to the Federal Rules of Civil Procedure 41(a), Plaintiff, Michael Smith and Defendant, Kings Credit Services, through their respective counsel, hereby stipulate as follows:

1. All claims in the above-entitled action are dismissed in their entirety with prejudice.
2. Each party is to bear its own fees and costs.
3. The attached order shall be entered.

**IT IS SO STIPULATED.**

Dated: May 30, 2017

WADE MILLER LAW

_____
ALICIA MCELWAINE-LETO
WADE A. MILLER
Attorneys for Plaintiff
MICHAEL SMITH

Dated: May 31, 2017

BERMAN BERMAN BERMAN
SCHNEIDER & LOWARY, LLP

_____
MARK E. LOWARY
DAVID CASADY
AMANDA GRIFFITH
Attorneys for Defendant
KINGS CREDIT SERVICES

# CERTIFICATE OF SERVICE

I, Gabrielle Allen, declare:

I am a citizen of the United States, am over the age of eighteen years, and am not a party to or interested in the within entitled cause. My business address is 2390 Professional Drive, Roseville, CA 95661.

On May 31, 2017, I served the following document(s) on the parties in the within action:

**"JOINT STIPULATION OF DISMISSAL WITH PREJUDICE"**

| | |
|---|---|
| X | I hereby certify that on **May 31, 2017**, a copy of foregoing **"JOINT STIPULATION OF DISMISSAL WITH PREJUDICE"** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System. |

| | |
|---|---|
| Alicia McElwaine-Leto, Esq.<br>Wade A. Miller, Esq.<br>**WADE MILLER LAW**<br>235 East Broadway, Suite 424<br>Long Beach, CA 90802<br>Tel: (562) 352-0489<br>E-mail: aleto@wademillerlaw.com<br>E-mail: miller@wademillerlaw.com | Attorneys for<br>**PLAINTIFF MICHAEL SMITH** |

I declare under penalty of perjury under the laws of the State of California that the foregoing is a true and correct statement and that this Certificate was executed on May 31, 2017.

By. _____
Gabrielle Allen

- 1 -